No. 1183. AMALGAMATED CLOTHING WORKERS OF AMERICA, AFL–CIO v. PREPMORE APPAREL, INC., ET AL. C. A. 5th Cir. Certiorari granted.

No. 1285. UNITED STATES v. BASS. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 1205. FORD v. WISCONSIN REAL ESTATE EXAMINING BOARD. Sup. Ct. Wis. Certiorari denied.

No. 1237. WOLFE v. UNITED STATES; and
No. 6431. HOLSTEIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 435 F. 2d 144.

No. 1240. DIBARTOLO v. UNITED STATES;
No. 6485. PANICCIOLI v. UNITED STATES; and
No. 6486. FIADINI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 1241. KRAMER v. BETTER BUSINESS BUREAU OF LOS ANGELES, LTD., ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1247. MEAGHER v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 1251. SOUTHLAND INC. v. COX ENTERPRISES, INC., ET AL. Sup. Ct. Ga. Certiorari denied.

No. 1258. UNITED AIRCRAFT CORP. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied.